# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mirta Amarilis Co Tupul, | No. CV-25-02748-PHX-DJH (JZB) |
| Petitioner, | **ORDER** |
| v. | |
| Kristi Noem, et al., | |
| Respondents. | |

The Court having reviewed the parties' Stipulation of Dismissal (Doc. 9), filed on August 13, 2025,

**IT IS ORDERED** approving the Stipulation (Doc. 9) and dismissing this action in its entirety, with prejudice, each party to bear its own attorneys' fees and costs. Petitioner's Motion for Preliminary Injunction (Doc. 2) shall be terminated.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this action.

Dated this 13th day of August, 2025.

Honorable Diane J. Humetewa
United States District Judge